UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITADEL COMMERCE CORPORATION,

    Plaintiff,

v.          Case No. 8:08-cv-1923-T-33TGW

COOK SYSTEMS, LLC, and RANDOLPH
V. COOK,

    Defendants.
_____/

### ORDER

This matter is before the Court pursuant to Defendant Randolph V. Cook's Suggestion of Bankruptcy (Doc. # 36), which was filed on June 12, 2009. Defendant Cook indicates that he filed for protection under the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division under case 8:09-bk-12366, on June 12, 2009.

As there are two defendants in this case, this Court directs Plaintiff to advise whether it elects to proceed against the non-bankrupt entity, Cook Systems, LLC, or, in the alternative, Plaintiff elects to stay this matter in its entirety due to Randolph V. Cook's bankruptcy proceedings.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to defendant Randolph V. Cook **ONLY**. No further action will be taken as to Randolph V. Cook until such time as the

bankruptcy court lifts the stay or the stay lapses. See Johnson v. K Mart Corp., 281 F.3d 1368 (11th Cir. 2002).

2. Plaintiff shall notify the Court in writing within **FIVE (5) DAYS** of the date of this Order, whether the action should proceed against Cook Systems, Inc. without Randolph V. Cook or whether the case should be stayed in its entirety.

3. Defendant Randolph V. Cook shall advise this Court, in writing, as to the status or proceedings in the United States Bankruptcy Court **on or before September 15, 2009,** and every **SIXTY (60) DAYS** thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of June, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record