UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITADEL COMMERCE CORPORATION,

    Plaintiff,

v.                                 Case No. 8:08-cv-1923-T-33TGW

COOK SYSTEMS, LLC, and RANDOLPH
V. COOK,

    Defendants.
_____/

### ORDER

This matter is before the Court pursuant to Defendant Cook Systems, LLC's Suggestion of Bankruptcy (Doc. # 50), which was filed on May 11, 2010. Cook Systems, LLC filed for protection under the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division under case 10-10631, on May 3, 2010.

Accordingly, pursuant to 11 U.S.C. § 362, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED.** No further action will be taken until such time as the bankruptcy court lifts the stay or the stay otherwise lapses.

2. The evidentiary hearing scheduled before the Undersigned for June 10, 2010 at 9:45 a.m. is **CANCELLED.**

3. Cook Systems, LLC shall advise this Court, in writing, as to the status of the proceedings in the United States

Bankruptcy Court **on or before July 12, 2010,** and every **SIXTY (60) DAYS** thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of May 2010.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record